UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
BOND CC OAKLAND, LLC,

                Plaintiff,

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

                Defendant.
----------------------------------------------------------------x

Case No: 08-cv-5671 (GEL)

PLAINTIFF BOND CC OAKLAND, LLC'S DISCLOSURE STATEMENT OF INTERESTED PARTIES

Pursuant to Federal Rules of Civil Procedure, Rule 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff BOND CC OAKLAND, LLC (a private nongovernmental corporate party) certifies that no parent corporation or publicly held corporation has 10% or more ownership interest in Plaintiff BOND CC OAKLAND, LLC.

Dated: New York, New York
        June 23, 2008

Respectfully submitted,

SCHLAM STONE & DOLAN LLP

By _____
Jeffrey M. Eilender
Andrew S. Harris
26 Broadway
New York, New York 10004
Telephone: 212-344-5400
Facsimile: 212-344-7677

-and-

1

FREEDMAN & TAITELMAN, LLP

Michael S. Taitelman
Rick Xia
1901 Avenue of the Stars, Suite 500
Los Angeles, CA 90067
Telephone: 310-201-0005
Facsimile: 310-201-0045

*Attorneys for Plaintiff*