IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
STATE OF NEW YORK

BOND CC OAKLAND, LLC

        Plaintiff,

vs.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY

        Defendant.

CIVIL ACTION
CASE NO.: 08CV5671

## AFFIDAVIT OF SERVICE

COMES NOW, CHRISTOPHER S. STANTON, a United States citizen and over the age of 18 years, before the undersigned officer duly authorized to administer oaths, and, being sworn on oath, deposes and states as follows:

1.

I served WESTCHESTER SURPLUS LINES INSURANCE COMPANY with the below-listed documents in this matter,

at 500 COLONIAL CENTER PKWY, ROSWELL, GA 30076,

on June 26, 2008, at 2:30 PM:

SUMMONS/COMPLAINT/DISCLOSURE STATEMENT/JUDGES RULES/FILING RULES

Said documents were served by handing to STEPHEN KAMAROFF, Assistant Vice President.

2.

Mr. Kamaroff is a white male in his 40's, 5'5", 160lbs, bald with glasses.

_____
CHRISTOPHER S. STANTON
Attorneys' Personal Services, Inc.

Sworn to and subscribed
before me this the 30th day
of June, 2008.

_____
Notary Public

[Notary Seal: ADRIENNE LEWIS, NOTARY PUBLIC, GEORGIA, EXPIRES OCT. 25, 2010, DEKALB COUNTY]