UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

BOND CC OAKLAND, LLC,

        Plaintiff,

        Case No.: 08-cv-5671 (GEL)(THK)

v.

WESTCHESTER SURPLUS LINES        **STIPULATION**
INSURANCE COMPANY,

        Defendant.
----------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties herein that the time for defendant Westchester Surplus Lines Insurance Company time to answer, appear, move or otherwise respond to the Complaint is extended from July 16, 2008 up to and including August 15, 2008.

Dated: July 10, 2008

By: _____  
Andrew Harris  
SCHLAM STONE & DOLAN LLP  
26 Broadway  
New York, New York 10004  
(T) (212) 344-5400  
(F) (212) 344-7677  

Attorneys for Plaintiff

By: _____  
Brian Margolies  
TRAUB LIEBERMAN STRAUS &  
SHREWSBERRY LLP  
7 Skyline Drive  
Hawthorne, New York 10532  
(T) (914) 347-2600  
(F) (914) 347-8898  

Attorneys for Defendant

SO ORDERED: _____
        , U.S.D.J.