UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BOND CC OAKLAND, LLC,

        Plaintiff,

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

        Defendant.
------------------------------------------------------------x

Case No.: 08-cv-5671 (GEL)(THK)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein that the time for defendant Westchester Surplus Lines Insurance Company' time to answer, appear, move or otherwise respond to the Complaint is extended from July 16, 2008 up to and including August 15, 2008.

Dated: July 10, 2008

By: _____
Andrew Harris
SCHLAM STONE & DOLAN LLP
26 Broadway
New York, New York 10004
(T) (212) 344-5400
(F) (212) 344-7677

Attorneys for Plaintiff

By: _____
Brian Margolies
TRAUB LIEBERMAN STRAUS &
SHREWSBERRY LLP
7 Skyline Drive
Hawthorne, New York 10532
(T) (914) 347-2600
(F) (914) 347-8898

Attorneys for Defendant

SO ORDERED: _____
                          U.S.D.J.

7/21/08